IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA L. TARQUINI,<br>        Plaintiff,<br>v.<br><br>DAVID J. GORBERG, ESQUIRE,<br>and DAVID J. GORBERG, P.C.,<br>        Defendants. | CIVIL NO. 09-492 |

## ORDER

**AND NOW,** this 9th day of September, 2010, upon consideration of Defendants' Motion for Summary Judgment [Doc. No. 16], Plaintiff's Response and Cross-Motion for Partial Summary Judgment [Doc. No. 17], Defendants' Reply [Doc. No. 20] and Plaintiff's Sur-reply [Doc. No. 21], and for the reasons stated in the attached Memorandum Opinion, it is hereby **ORDERED** that:

    1) Defendants' Motion is **DENIED**; and

    2) Plaintiff's Cross-Motion for Partial Summary Judgment is **GRANTED**. If found to be otherwise meritorious, Plaintiff will not have to prove special damages to succeed in her claim.

    It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**